JAMES T. BURTON (Utah Bar No. 11875)
*jburton@kmclaw.com*
BRIAN D. TUCKER (Utah Bar No. 12265)
*btucker@kmclaw.com*
JOSHUA S. RUPP (Utah Bar No. 12647)
*jrupp@kmclaw.com*
**KIRTON MCCONKIE**
1800 Eagle Gate Tower
60 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile:  (801) 321-4893

*Attorneys for Plaintiff Fit Four, LLC.*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| FIT FOUR LLC, a Utah limited liability company,<br><br>        Plaintiff,<br>vs.<br><br>RAWW SPORTSGEAR, LLC, a California limited liability company; RAMANPREET SEKHON, an individual; and DOES 1 – 10,<br><br>        Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No.: 1:14-CV-00155-EJF<br><br>Judge Evelyn J. Furse |

4828-6841-7058.1

Plaintiff Fit Four, LLC ("Fit Four"), by and through its undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides notice of the dismissal of its Complaint, without prejudice.  Fit Four further states that no defendant has been served with the Complaint nor filed an Answer or a Motion for Summary Judgment.

DATED this 5th day of March, 2015.

        Respectfully Submitted,

        KIRTON McCONKIE


        By /s/ James T. Burton
           James T. Burton
           Brian D. Tucker
           Joshua S. Rupp
           *Attorneys for Fit Four, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of March, 2015, I caused a copy of the foregoing to be filed using the Court's CM/ECF electronic filing system.

/s/ James T. Burton